**Motion Denied; Order filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00078-CV

_____

## IN THE ESTATE OF CECELIA MARGARET GIBBONS, DECEASED

**On Appeal from the Probate Court No 1
Harris County, Texas
Trial Court Cause No. 401,492**

## O R D E R

The notice of appeal in this case was filed November 29, 2012. The record was due January 30, 2013. *See* Tex. R. App. P. 35.1(a). The clerk's record was filed February 5, 2013. The reporter's record has not been filed. On February 8, 2013, Donald G. Plyant, the official court reporter, notified this court that appellants had not made payment arrangements for preparation of the reporter's record. On February 11, 2013, this court notified appellant to pay for preparation of the record and to provide this court with proof of payment on or before February 26, 2013. No response was filed. Therefore, on March 5, 2013, the court ordered

appellants to file their brief without the benefit of the reporter's record on or before April 4, 2013. *See* Tex. R. App. P. 37.3(c).

In addition, the filing fee of $175.00 has not been paid. On February 13, 2013, the court notified appellants that the fee was past due. No response was filed. We also ordered appellants, Gwen Stribling Henderson, Raven Pitree and Christine Willie, to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before March 15, 2013. *See* Tex. R. App. P. 5.

On March 19, 2013, appellants filed a motion to reconsider the court's March 5, 2013 order. According to the motion, on March 18, 2013, appellants mailed a check in the amount of $4,400 to the court reporter to pay for preparation of the reporter's record. Appellants also assert that they paid this court's filing fee.

Our records do not reflect that the filing fee has been paid. In addition, the reporter's record was due on January 30, 2013, and had it been timely filed, appellants' brief would have been due March 1, 2013. Appellants acknowledge that payment for the record was not made until more than a month after the record was past due, and after appellants' brief should have been filed. To date, the reporter's record has not been filed.

We **DENY** appellants' motion for reconsideration. Appellants are ordered to pay the $175.00 filing fee to the clerk of this court, or provide proof that the fee has been paid, on or before **April 15, 2013.** If appellants fail to comply with this order, the appeal will be dismissed.

PER CURIAM